Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235
**Case No. 11−11043−pmc**

**In re:**
Roberto Rodriguez
3314 West 43rd Street
Cleveland, OH 44109

**Social Security No.:**
xxx−xx−1903

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Alan J Treinish is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** May 25, 2011
Form ohnb136

/s/ Pat E. Morgenstern−Clarren
United States Bankruptcy Judge